| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

CECIL HOWELL, JR., §
　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　§
*versus* 　　　　　　　　　　§ CIVIL ACTION NO. 9:23-CV-7
　　　　　　　　　　　　　　§
DARRA SIMON, *et al.*, 　　　§
　　　　　　　　　　　　　　§
　　　　Defendants. §

**ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

　　Plaintiff Cecil Howell, Jr., an inmate confined at the Wainwright Unit, proceeding *pro se*, brought this lawsuit pursuant 42 U.S.C. § 1983.  The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge recommends dismissing this action without prejudice.  To date, the parties have not filed objections to the report.

　　The court received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

　　Accordingly, the Report and Recommendation of the United States Magistrate Judge (#6) is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

　　SIGNED at Beaumont, Texas, this 21st day of March, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE